**Order entered July 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01594-CV

**JAMIE (JAMES) ROA, Appellant**

**V.**

**DENISON CITY COUNCIL, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-13-1732**

## ORDER

We **DENY** appellant's July 1, 2014 motion to file a second amended brief.  We **DIRECT**

the Clerk of this Court to remove the second amended brief tendered to this Court by appellant

on June 30, 2014 from the Court's filing system.


/s/      ADA BROWN
JUSTICE